# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: EP:23-M -03015(1) MAT |
| (1) ROBINSON JOSUE SAAVEDRA-CARUCI | § § | |

## ORDER OF TEMPORARY DETENTION

Under 18 U.S.C. §§ 3142(d)(1)(B) and 3142(d)(2), I find that the defendant "is not a citizen of the United States or lawfully admitted for permanent residence…[and] may flee." Accordingly, unless a component of the Department of Homeland Security arrested the defendant, the attorney for the government is directed to notify the appropriate immigration authorities, and notification via email suffices. The preliminary and detention hearings are set for September 28, 2023.

SO ORDERED.

**SIGNED AND ENTERED** on **September 19, 2023**.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE