United States District Court  FILED
Western District of Texas  October 24, 2023
El Paso Division  Clerk, U.S. District Court
Western District of Texas

By: _____cr_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | No: EP:23-CR-01994(1)-KC |
| § | |
| (1) ROBINSON JOSUE § | |
| SAAVEDRA-CARUCI § | |

*Defendant*

## ORDER ACCEPTING WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

- Defendant has received a copy of the charging document;
- Defendant has read the charging document or had it read to him/her;
- Defendant understands that he/she has the right to personally appear at arraignment; and
- Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tenders a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **25th day of October, 2023 .**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE