**FILED**
October 25, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Fidel Morales_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| USA § § | |
| vs. § § | Case Number: EP:23-CR-01994(1)-KC |
| (1) ROBINSON JOSUE SAAVEDRA-CARUCI § *Defendant* | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## FED.R.CRIM.P. II ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, (1) ROBINSON JOSUE SAAVEDRA-CARUCI, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 25th day of October, 2023.

_____
(1) ROBINSON JOSUE
SAAVEDRA-CARUCI
*Defendant*

_____
**Ben Ivey**
*Attorney for Defendant*

_____
**Michael Østerberg**
*Attorney for Government*