Prob 12B (7/93)

# UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TEXAS**

FILED
2024 OCT 28  PM 3:04
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Robinson Josue Saavedra-Caruci

**Case Number:** EP:23-CR-01994KC(1)

**Name of Sentencing Judicial Officer:**  Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:**  November 13, 2023

**Original Offense:** Illegal Re-Entry, in violation of 8 U.S.C. § 1326(a)

**Original Sentence:** Time served (approximately 57 days) followed by one (1) year of supervised release

**Type of Supervision:** Non-Reporting Supervised Release

**Date Supervision Commenced:**  November 13, 2023

---

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ years, for a total term of _____ years.

[X]  To modify the conditions of supervision as follows:

> You shall submit to his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted a probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  The probation officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation.  Any search shall be conducted at a reasonable time and in a reasonable manner.

## CAUSE

On November 13, 2023, Robinson Josue Saavedra-Caruci commenced non-reporting supervised release in the District of Nevada. On November 15, 2023, Saavedra-Caruci was released from federal custody, and he was transferred to immigration custody pending deportation proceedings. On July 3, 2024, Saavedra-Caruci was released from immigration custody, and he was placed into the location monitoring program (LMP) where he is required to report to immigration officials monthly.

Robinson Josue Saavedra-Caruci
Docket No. **EP:23-CR-01994KC(1)**
Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
P a g e | 2

As of this writing, Saavedra-Caruci continues to report to the District of Nevada where he remains in compliance. Based on this information, the U.S. Probation Office in the District of Nevada is requesting the search and seizure condition be added to the Court ordered conditions.

On October 21, 2024, Saavedra-Caruci waived his statutory rights to a hearing to modify the conditions of supervised release by endorsing the attached PROB 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.

Respectfully submitted,

*[signature]*

Betty Tellez-Hernandez
Senior U.S. Probation Officer
Office (915) 585-5513
Cellular (915) 861-8875
Date: October 28, 2024

Approved by,

*[signature]*

David C. Trejo
Supervising U.S. Probation Officer
Office (915) 585-5576
Cellular (915) 861-8369

---

## THE COURT ORDERS:

[ ] No action.

[ ] The extension of supervision as noted above.

[X] The modification of conditions as noted above.

[ ] Other

_____
Kathleen Cardone, U.S. District Judge

October 28, 2024
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions of
## Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by Law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search shall be conducted at a reasonable time and in a reasonable manner.

Witness: _____          Signed: _____
**Betty Tellez-Henandez**                       **Robinson Josue Saavedra-Caruci**
**Senior U.S. Probation Officer**               **Defendant**

10-21-24
Date